Case 8:21-cr-00121-CEH-JSS   Document 264   Filed 02/01/24   Page 1 of 1 PageID 2199

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 8:21-cr-121-CEH-JSS |
| Pablo David Zamora-Miranda | ) | USM No: 02334-506 |
| | ) | PACTS#: 7455103 |
| Date of Original Judgment: 04/21/2022 | ) | |
| Date of Previous Amended Judgment: | ) | James T. Skuthan |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 55 months **is reduced to** 41 months *nunc pro tunc* to the date of the original sentence, or **TIME SERVED**, whichever is greater.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 04/21/2022 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/01/2024

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Effective Date: 02/15/2024
*(if different from order date)*